IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LOLA ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:04CV798-M |
| | ) | [WO] |
| ALABAMA DEPARTMENT OF | ) | |
| POSTSECONDARY EDUCATION; | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

On 28 March 2005, the plaintiff filed a Motion to Amend Complaint (Doc. # 21). Following the motion, the court entered an order directing the plaintiff to submit additional information on or before 11 April 2005 (Doc. #26). To date, the plaintiff has neither submitted the information nor requested an extension. Accordingly, it is

ORDERED that the motion to amend complaint is DENIED.

DONE this 18th day of April, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE